B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re: __Dorinda Marie Staiger__  
Debtor(s)

Case No. __9:13-bk-06274__  
Chapter __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Amended Schedule B, C and Amended Summary of Schedules, consisting of __10__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/6/13__     Signature __/s/ Dorinda Marie Staiger__  
Dorinda Marie Staiger  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

IN RE:

Case No: 9:13-bk-06274-FMD
Chapter 7

Dorinda Marie Staiger
_____Debtor/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Amended Schedules B, C, F, Amended Amended Summary of Schedules has been furnished by Electronic Case Filing to Robert E Tardif Jr, Trustee, CYNTHIA P BURNETTE, Asst US Trustee, a copy of the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines has been furnished by regular US Mail to Digestive Health Physicians, PO Box 102405, Atlanta GA 30368, Outpatient Anesthesia Spec, PO Box 919262, Orlando FL 32891-9262, and to Creditor Matrix, this 6th day of June, 2013.

_____
**KIM LEVY, ESQ.**
Attorney for Debtor
Florida Bar No. 254797
2110 Cleveland Avenue
Fort Myers, FL 33901
239 334-0128 Fax 239-334-0805
Email: lawofficekimlevy@comcast.net

```
Label Matrix for local noticing        ARS Account Resolution              AT&T Mobility
113A-9                                   1801 NW 66th Ave #200C             PO Box 537104
Case 9:13-bk-06274-FMD                   Fort Lauderdale, FL 33313-4571     Atlanta, GA 30353-7104
Middle District of Florida
Ft. Myers
Thu Jun  6 14:17:06 EDT 2013

Accounts Receivable                      Allied Interstate LLC              Bank of America NA
Mgmt Services                            PO Box 361774                      PO Box 26012
PO Box 638                               Columbus, OH 43236-1774            Greensboro, NC 27420-6012
Paris, TN 38242-0638


Carlson Therapy Network PC               (p)CAVALRY PORTFOLIO SERVICES LLC  Citi Bank South Dakota NA
30 Church Hill Rd                        500 SUMMIT LAKE DR                 PO Box 6500
Newtown, CT 06470-1658                   STE 400                            Sioux Falls, SD 57117-6500
                                         VALHALLA NY 10595-2322


Credit Center Inc                        (p)DISCOVER FINANCIAL SERVICES LLC Dr Tomas Factora
 Finance Dr                              PO BOX 3025                        18070 S Tamiami Tr #8
Danbury, CT 06810-4162                   NEW ALBANY OH 43054-3025           Fort Myers, FL 33908-4602


E&S Radiology PC                         (p)FINANCIAL CREDIT SERVICES       Financial Recovery Services
PO Box 4632                              PO BOX 90                          PO Box 385908
Houston, TX 77210-4632                   CLEARWATER FL 33757-0090           Minneapolis, MN 55438-5908


Fox Collection Center                    Gulf Coast Endoscopy So            HRRG
PO Box 528                               7152 Coca Sabal Ln                 PO Box 5406
Goodlettsville, TN 37070-0528            Fort Myers, FL 33908-4263          Cincinnati, OH 45273-7942


HSBC/Yamaha Music                        Internal Revenue Service           LVNV Funding LLC
PO Box 5253                              Centralized Insolvency Opera       PO Box 10525
Carol Stream, IL 60197-5253              PO Box 7346                        Greenville, SC 29603-0525
                                         Philadelphia, PA 19101-7346


Midland Funding LLC                      Naples Radiologists PA             North Collier Hospital
8875 Aero Dr #200                        PO Box 8089                        1190 Healthpark Blvd
San Diego, CA 92123-2255                 Naples, FL 34101-8089              Naples, FL 34110


Plantation Billing Center                Professional Adjustment Corp       Rickman & Rickman
PO Box 189016                            14410 Metropolis Avenue            PO Box 212269
Fort Lauderdale, FL 33318-9016           Fort Myers, FL 33912-4341          Columbia, SC 29221-2269


Sears Credit Cards                       Southwest Florida Emergency        St Johns Regional Health Ctr
PO Box 6282                              Phys                               1235 E Cherokee
Sioux Falls, SD 57117-6282               PO Box 634633                      Springfield, MO 65804-2203
                                         Cincinnati, OH 45263-4633
```

United States Trustee - FTM7
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Dorinda Marie Staiger
10137 Tropical Dr
Bonita Springs, FL 34135-5040

Kim Levy
Kim Levy Attorney at Law
2110 Cleveland Avenue
Fort Myers, FL 33901-3438

Robert E Tardif Jr.
Trustee
Post Office Box 2140
Fort Myers, FL 33902-2140

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cavalry Portfolio Services
LLC
PO Box 27288
Tempe, AZ 85285

Discover Card
PO Box 30943
Salt Lake City, UT 84130

Financial Credit Services
PO Box 90
Clearwater, FL 33757

End of Label Matrix
Mailable recipients    33
Bypassed recipients     0
Total                  33